**William WEAVER, alias Phœnix Donald, Appellant, v. UNITED STATES of America.**

No. 10670.

Circuit Court of Appeals, Eighth Circuit.

May 21, 1936.

Jerome Hoffmann, of St. Paul, Minn., for appellant.

George F. Sullivan, U. S. Atty., of St. Paul, Minn.

PER CURIAM.

Appeal docketed and dismissed, without costs to either party in this court, for want of prosecution, on motion of counsel for appellee.